MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, Bar No.11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Defendant
AD Astra Recovery Services, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL HORNREICH, | Case No. 2:16-cv-02545-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| AD ASTRA RECOVERY SERVICES, INC., and EQUIFAX, INC., | **(FIRST REQUEST)** |
| Defendants. | |

      Pursuant to Local Rules 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant AD Astra Recovery Services, Inc. ("Defendant") and Plaintiff Raquel Hornreich ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

      Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on November 2, 2016) from November 25, to December 9, 2016.

      Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

a. This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before December 9, 2016. It represents an extension of 14 days from the existing deadline; and

c. The extension is requested by Defendant due to the Thanksgiving holiday. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

| MORRIS LAW GROUP | THE LAW OFFICE OF VERNON NELSON |
|---|---|
| By /s/ Raleigh C. Thompson<br>Ryan M. Lower, Bar No. 9108<br>Raleigh C. Thompson,<br>Bar No. 11296<br>900 Bank Of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By /s/ Vernon A. Nelson, Jr.<br>Vernon A. Nelson, Jr., Bar No. 6434<br>9480 S. Eastern Ave., Suite 244<br>Las Vegas, Nevada 89123<br><br>Attorneys for Plaintiff<br>Raquel Hornreich |

Attorneys for Defendant
AD Astra Recovery Services, Inc.

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE:_ November 28, 2016