VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MARGARET G. FOLEY, ESQ.
Nevada Bar No.: 7703
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorneys for Raquel Hornreich*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAQUEL HORNREICH,<br><br>Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC., and EQUIFAX, INC.<br><br>Defendants. | Case No.: 2:16-cv-02545 JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their undersigned counsel of record and representation having been made, that the above-captioned and numbered matter having been amicably and finally settled between them, the entire action may be dismissed with prejudice.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own fees and costs.

DATED this 19th day of April, 2017

THE LAW OFFICE OF VERNON NELSON

By: */s/ Vernon Nelson*
Vernon A. Nelson, Jr. Esq.
Nevada Bar No.: 6434
Margaret G. Foley, Esq.
Nevada Bar No.: 7703
9480 S. Eastern Avenue, Suite 244
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiff Raquel Hornreich*

DATED this 19th day of April, 2017

MORRIS LAW GROUP

By: */s/ Ryan M Lower*
Ryan M. Lower, Esq.
Nevada Bar No. 9108
Email: rml@morrislawgroup .com
Raleigh C. Thompson, Esq.
Nevada Bar No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
*Attorneys for Defendant*
*Ad Astra Recovery Services, Inc.*

Dated this 19th day of April, 2017.

SNELL & WILMER, LLP

By: */s/Bradley Austin*
Bradley T. Austin, Esq.
Nevada Bar No. 13064
3883 Howard Hughes Pkwy,
Suite 1100 Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Defendant Equifax, Inc.*

**ORDER FOR DISMISSAL**

Pursuant to the foregoing Stipulation, and good cause showing therefore:

IT IS HEREBY ORDERED that the above-captioned and numbered matter be, and the same is hereby dismissed with prejudice, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED.**



UNITED STATES DISTRICT JUDGE

DATED: April 24, 2017

CASE NO: 2:16-cv-02545 JCM-NJK